# Viswanathan Asia-Pacific Intnl Law Practice Group, P.C.
469 Seventh Avenue, Seventh Flr., New York, NY 10018

Tel. (212)359-9367 Fax: 646-727-9765
Email: ganeshvnus@gmail.com

**[GANESH] NADI VISWANATHAN, ESQ.**
Admission - New York State;
Admitted to U.S. Tax Court;
Admitted to USDC for SDNY, EDNY and
   Northern District of Illinois;
Admitted to US Court of Appeals for the Second, Third, Fifth and Ninth
Admitted to the U.S. Supreme Court.
**ADAM MANK: Legal Assistant**
**JOYCE WU: Immigration Paralegal**

September 21, 2017
Via email: newcases@ca2.uscourts.gov

The Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York

       Re.: Tapia, *et al.,* v. BLCH 3rd Ave., LLC., Doc. # 17-2718;

Dear Clerk of the Court:

Kindly refer to the captioned Fair Labor Standards Act matter that is presently before the Court on appeal from the Judgment docketed on August 25, 2017, from the United States District Court for the Southern District of New York [Hon. District Judge Alison Nathan].

The undersigned counsel from this law firm represented the defendants at the trial court only.

Our name appears on the above docket because it was transmitted to this Court by the District Court, on appeal.

The following is the contact information for the defendants: Mr. Satinder[Sati] Sharma, Mobile No. 917-355-4353; email: sati.sharma@gmail.com; and Mr. Ajit Bains: ajit.bains@comcast.net; and the Corporate defendant, BLCH 3rd Ave., LLC has now ceased its business operations and does not function any more from the erstwhile address [1664 Third Ave., First Fl., New York, NY 10128].

Thank you very much,
Very truly yours,
[Ganesh]Nadi Viswanathan