# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2540  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

October 2, 2017

**Filed by ECF**
Clerk of Court
United States Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

   Re: *Valentin Tapia, et al. v. BLCH 3rd Ave. LLC, et al.*
      Docket No. 17-2718

Dear Sir/Madam:

 This office represents the Plaintiffs-Appellants in the above referenced matters. I write in accordance with Local Rule 31.2 of United States Court of Appeals for the Second Circuit, to respectfully request that the Court set December 20, 2017 as the deadline by which the Appellants are to file their brief.

 I thank the Court for its attention to this matter.

             Respectfully Submitted,

             /s/ Shawn R. Clark
             Shawn R. Clark